In the Matter of STEPHEN MANKO, Respondent, against CITY OF BUFFALO et al., Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and McCurn, JJ. [181 Misc. 143.]

In the Matter of HALTON D. BLY et al., Respondents, against G. ROBERT WITMER et al., Comprising the Town Board of the Town of Webster, Appellants.—

Present — Crosby, P. J., Cunningham, Taylor, Dowling and Harris, JJ.

IKE SCHWARTZ, Respondent, v. LEO J. CLASGENS, Appellant. CHARLES SCHWARTZ, Respondent, v. LEO J. CLASGENS, Appellant.—

Present — Crosby. P. J., Taylor, Dowling, Harris and McCurn, JJ.

ALEXANDER J. ROSS, Appellant, v. FRANCIS PRESTON et al., as Administrators with the Will Annexed of the Estate of WILLIAM H. SCHMIDT, Deceased, Respondents.—

Present — Crosby, P. J., Taylor, Dowling, Harris and McCurn, JJ.

EMMA TYLER, Respondent, v. ROGER TYLER, Appellant.—

Present — Crosby, P. J., Cunningham, Dowling, Harris and McCurn, JJ.

In the Matter of the Accounting of ALPHEUS R. PHELPS, as one of the Executors of WILLIAM T. PHELPS, Deceased, Respondent-Appellant. HELEN P. LEACH, Appellant-Respondent.—

Present — Crosby, P. J., Cunningham, Taylor, Harris and McCurn, JJ.